U.S. DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHELLY L. EBERWEIN, ) | |
| ) | CASE NO. 3:18-cv-05089-RAJ |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ ORDER FOR ATTORNEY'S |
| vs. ) | FEES PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) - 1

David Oliver & Associates
2608 S 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of **$14,983.00** pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of **$5,040.00** that previously were awarded, as well as a $**6,000.00** Administrative Fee, leaving a net fee of **$3,943.00**. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of **$3,943.00,** minus any applicable processing fees as allowed by statute.

DATED this the 21st day of September, 2021.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) - 2

David Oliver & Associates
2608 S 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org